[No. 16197-4-II.   Division Two.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. NAPIONTEK, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00030-9, Grant S. Meiner, J., entered June 26, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16037-4-II.   Division Two.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM LEE PAXTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00027-9, Gary W. Velie, J., entered May 15, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 12262-0-III.   Division Three.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISHNA PRATAP SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00222-7, Duane E. Taber, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.